No. 02–1793.  PECOR v. WALLS, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 02–1795.  VOORHAAR, SHERIFF, ST. MARY'S COUNTY, MARYLAND, ET AL. v. ROSSIGNOL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–1797.  INDIAN CREEK CORP. ET AL. v. IOWA EX REL. IOWA DEPARTMENT OF NATURAL RESOURCES.  Dist. Ct. Iowa, Jasper County.  Certiorari denied.

No. 02–1798.  SHEPPARD v. BEERMAN, JUSTICE, SUPREME COURT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 02–1799.  PERRY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–1800.  INTERNATIONAL MEDICAL GROUP, INC. v. AMERICAN ARBITRATION ASSN., INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 02–1801.  LONG v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 02–1803.  CARPENTER v. PENNELL SCHOOL DISTRICT ELEMENTARY UNIT.  C. A. 3d Cir.  Certiorari denied.

No. 02–1804.  MEADE v. MILLER, SUCCESSOR PERSONAL REPRESENTATIVE OF THE ESTATE OF MEADE, DECEASED, ET AL.  Ct. Sp. App. Md.  Certiorari denied.

No. 02–1805.  HANYOK v. HANYOK.  Sup. Ct. Va.  Certiorari denied.

No. 02–1806.  RAM ET UX. v. COOPER.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 02–1807.  DORIS DAY ANIMAL LEAGUE ET AL. v. VENEMAN, SECRETARY OF AGRICULTURE, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 02–1808.  FRIEDMAN ET AL., TRUSTEES UNDER THE WILL OF MEISEL ET UX. v. SALOMON/SMITH BARNEY, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.